AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
NOV 06 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

WILLIAM DIGREGORIO

WARRANT FOR ARREST

CASE NUMBER: 1:04-cr-068-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM DIGREGORIO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

at Providence on November 6, 2007
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 11/06/07 | NAME AND TITLE OF ARRESTING OFFICER Robert D. Young CI DUSM | SIGNATURE OF ARRESTING OFFICER Robert D. Young |
| DATE OF ARREST 11/20/07 | | |