**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | Cr. No. CR04-68-01ML |
| | ) | |
| **WILLIAM DIGREGORIO** | ) | |
| | ) | |
| | ) | |

**MOTION TO CONTINUE**

Now comes the defendant, in the above entitled matter, and moves that the violation hearing in this matter be continued to January 3, 2008. In support of said motion the defendant submits the attached memorandum of law. The defense is authorized to state that the Government has no objection to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe the provisions of 18 U.S.C. Section 3161(h) are applicable to this case.

WILLIAM DIGREGORIO,
By his Attorney

/s/ Robert B. Mann
Mann & Mitchell
One Turks Head Place, Suite 610
Providence, RI 02903
(401) 351-5770
Fax: (401) 521-4305
rmann@conversent.net

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Lee Vilker, AUSA, on the 3rd day of December, 2007.

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | Cr. No. CR04-68-01ML |
| | ) | |
| **WILLIAM DIGREGORIO** | ) | |
| | ) | |
| | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE**

The defense has moved to continue the violation hearing in this matter. There are three reasons proffered in support of said motion:

1) As a result of the defendant's incarceration, the defense believes there has been a change and interruption in the medications previously taken by the defendant. The result has been that the defendant has lost a considerable amount of sleep and is having trouble concentrating. A continuance would facilitate his ability to assist in his case.

2) The defense has obtained some records in connection with this case and is in the process of attempting to get additional records. Additional time would help in this effort.

3) The defense believes that additional time might help toward resolving this matter without a hearing.

WILLIAM DIGREGORIO,
By his Attorney

/s/ Robert B. Mann
Mann & Mitchell
One Turks Head Place, Suite 610
Providence, RI 02903
(401) 351-5770
Fax: (401) 521-4305
rmann@conversent.net

CERTIFICATION

I hereby certify that I delivered a copy of the foregoing, by way of ECF filing to Lee Vilker, AUSA, on the 3rd day of December, 2007.

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net