AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

V.

William Dibregorio

## EXHIBIT AND WITNESS LIST

Case Number: CR04-68ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond | Vilker | Mann |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | Tape | J. Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 1-4-08 | ✓ | | letter from Atty Mann + responses from USPO |
| | B | | ✓ | | Social Security Admin decision |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.